1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   REYMUNDO SANCHEZ-HERNANDEZ,    )   NO. CV 12-02092 PSG (SS)
                                    )
12                  Petitioner,     )
                                    )
13           v.                     )        **JUDGMENT**
                                    )
14   LINDA SANDERS, Warden,         )
                                    )
15                  Respondent.     )
                                    )
16   _____)

17

18        Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24        DATED: June 13, 2012

25

26                                   _____
                                     PHILIP S. GUTIERREZ
27                                   UNITED STATES DISTRICT JUDGE

28